UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

              Plaintiff,                       Case No. 1:26–mj–00251–SJB

      v.                              Hon. Sally J. Berens

LADELL SMITH, JR.,

              Defendant.

_____/


**CLERK'S NOTICE OF CRIMINAL TRANSFER**


TO:  Court Personnel, Illinois Northern District Court

RE:  Western District of Michigan Rule 5 Initial Appearance
      Illinois Northern Case Number: 1:25–cr–261

Please take notice of the above–mentioned transfer.   We are herewith transmitting to you the Western District of Michigan docket of proceedings associated with the above–entitled case.   The documents that make up the case file are available electronically through PACER.

If a passport was previously collected, it will be transmitted by the Western District of Michigan Probation and Pretrial Office to Illinois Northern. Please contact the Western District of Michigan Probation and Pretrial Office at (616) 456–2384 for further assistance.

For further assistance regarding the Rule 5 Initial Appearance, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290–2742 or (616) 456–2206.


                                  CLERK OF COURT

Dated:  June 16, 2026         By:    /s/ Jenny Norton_____
                                      Deputy Clerk