# United States District Court
## Western District of Michigan (Southern Division (1))
## CRIMINAL DOCKET FOR CASE #: <u>1:26−mj−00251−SJB</u>−1
### *Internal Use Only*

Case title: USA v. Smith, Jr.                                     Date Filed: 06/15/2026

 Other court case number:  1:25−cr−261 Northern District of
                            Illinois Eastern Division

Assigned to: Magistrate Judge
Sally J. Berens

**defendant (1)**

| | |
|---|---|
| **Ladell Smith, Jr.** | represented by **Helen C. Nieuwenhuis** |
| | Federal Public Defender (Grand Rapids) |
| | 50 Louis St. NW, Ste. 300 |
| | Grand Rapids, MI 49503−2633 |
| | (616) 742−7420 |
| | Email: <u>helen_nieuwenhuis@fd.org</u> |
| | *LEAD ATTORNEY* |
| | *ATTORNEY TO BE NOTICED* |
| | *Designation: Public Defender or Community* |
| | *Defender Appointment* |

**Pending Counts**                                    **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                 **Disposition**

None

**Highest Offense Level
(Terminated)**

None

**Complaints**                                        **Disposition**

1:1RF.F RULE 5 FELONY
PROCEEDINGS

**Plaintiff**

| | | | |
|---|---|---|---|
| **USA** | | represented by | **Vito S. Solitro** |

U.S. Attorney (Grand Rapids)
The Law Bldg.
330 Ionia Ave., NW
Grand Rapids, MI 49501−0208
(616) 808−2035
Email: vito.solitro@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/15/2026 | | WARRANT EXECUTED; defendant Ladell Smith, Jr. arrested by DUSM Timothy Dawe in Kalamazoo, MI (USM Control Room, djdt) (Entered: 06/15/2026) |
| 06/15/2026 | 1 | MINUTES of FIRST APPEARANCE in Rule 5 proceedings for defendant Ladell Smith, Jr. held before Magistrate Judge Sally J. Berens; AFPD Helen Nieuwenhuis provisionally appeared on defendant's behalf; defendant's request for court appointed counsel for today's purposes only granted; defendant has retained counsel in charging district; defendant waived hearings in this district, and reserved right to be heard in charging district; remanded to USM (Proceedings Digitally Recorded) (jln) (Entered: 06/15/2026) |
| 06/15/2026 | | (NON−DOCUMENT) ORDER APPOINTING FEDERAL PUBLIC DEFENDER as counsel for defendant Ladell Smith, Jr.; signed by Magistrate Judge Sally J. Berens (jln) (Entered: 06/15/2026) |
| 06/15/2026 | 2 | WAIVER of Rule 5 and 5.1 hearings by Ladell Smith, Jr. (jln) (Entered: 06/15/2026) |
| 06/15/2026 | 3 | ORDER as to defendant Ladell Smith, Jr. re Rule 5(f); signed by Magistrate Judge Sally J. Berens (jln) (Entered: 06/15/2026) |
| 06/15/2026 | 4 | COMMITMENT TO ANOTHER DISTRICT: defendant Ladell Smith, Jr. committed to Northern District of Illinois, Eastern Division; signed by Magistrate Judge Sally J. Berens (jln) (Entered: 06/15/2026) |
| 06/15/2026 | | DEFENDANT Ladell Smith, Jr. will be represented by Helen C. Nieuwenhuis (Federal Public Defender, aw) (Entered: 06/15/2026) |

**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN**
**CRIMINAL MINUTE SHEET**

| USA v. | Ladell Smith, Jr. | Mag. Judge: | Sally J. Berens |
|---|---|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:26-mj-00251-SJB | 6/15/2026 | 3:43 PM - 3:50 PM | Grand Rapids | |

**APPEARANCES:**

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Vito Solitro | Helen Nieuwenhuis | FPD Appointment |

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Out-of-District Warrant ND/IL, ED1:25-cr-261 | Read __ <br> Reading Waived __ |

### TYPE OF HEARING

- ✓ First Appearance
- __ Arraignment:
  - __ mute     __ nolo contendre
  - __ not guilty     __ guilty
- __ Initial Pretrial Conference
- __ Detention     (waived __)
- __ Preliminary     (waived __)
- ✓ Rule 5 Proceeding
- __ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- __ Sentencing
- __ Other: _____

### DOCUMENTS

- __ Defendant's Rights
- ✓ Waiver of   Rule 5 and 5.1 Hearings
- __ Consent to Mag. Judge for _____
- __ Other:
  _____
  _____

Court to Issue:
- __ Report & Recommendation
- __ Order of Detention
- __ Order to file IPTC Statements
- __ Bindover Order
- ✓ Order Appointing Counsel
- ✓ Other:
  Rule 5(f) Order; Commitment

### CHANGE OF PLEA

Guilty Plea to Count(s) _____
of the _____
Count(s) to be dismissed at sentencing:
_____

Presentence Report:
__ Ordered     __ Waived

- __ Plea Accepted by the Court
- __ No Written Plea Agreement

### EXPEDITED RESOLUTION

- __ Case appears appropriate for expedited resolution

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
| | Imprisonment: _____ <br> Probation: _____ <br> Supervised Release: _____ <br> Fine: $ _____ <br> Restitution: $ _____ <br> Special Assessment: $ _____ <br> Plea Agreement Accepted:     __ Yes  __ No <br> Defendant informed of right to appeal:     __ Yes   __ No <br> Counsel informed of obligation to file appeal: __ Yes   __ No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ _____ |
| **CASE TO BE:**   Set for hearing in charging  district | **TYPE OF HEARING:**  Further Proceedings |
| **Reporter/Recorder:**    Digitally Recorded | **Courtroom Deputy:**       J. Norton |

AO 466A (Rev. 12/09)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
### for the
Western District of Michigan

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:26-mj-251-SJB |
| | ) | |
| | ) | |
| Ladell Smith, Jr. | ) | Charging District's Case No. 1:25-cr-261 |
| *Defendant* | ) | |

### WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*     Northern District of Illinois     .

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)     a hearing on any motion by the government for detention;

(6)     request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

❐     an identity hearing and production of the warrant.

❐     a preliminary hearing.

❐     a detention hearing.

☑     an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district.  I request that those hearings be held in the prosecuting district, at a time set by that court.

    I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:     06/15/2026

                                                    *Defendant's signature*

                                     *Signature of defendant's attorney*

                                  Helen C. Nieuwenhuis

                                   *Printed name of defendant's attorney*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

       Plaintiff,                      Case No. 1:26–mj–00251–SJB

  vs.                                Hon. Sally J. Berens

LADELL SMITH, JR.,

       Defendant.
_____/


**ORDER**


Pursuant to the Due Process Protections Act, the Court reminds the government of its obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), to disclose evidence favorable to the defendant and material to the defendant's guilt or punishment.   The government is ordered to comply with *Brady* and its progeny.   The failure to do so in a timely manner may result in consequences, including dismissal of the indictment or information, exclusion of government evidence or witnesses, adverse jury instructions, dismissal of charges, contempt proceedings, sanctions by the Court, or any other remedy that is just under the circumstances.

IT IS SO ORDERED.


Dated:   June 15, 2026             /s/ Sally J. Berens____
                                UNITED STATES MAGISTRATE JUDGE

AO 94  (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the

Western District of Michigan

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.    1:26-mj-251-SJB |
| | ) | |
| Ladell Smith, Jr. | ) | Charging District's |
| *Defendant* | ) | Case No.    1:25-cr-261 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ___Northern___ District of ___Illinois___ ,
*(if applicable)* ___Eastern___ division.  The defendant may need an interpreter for this language:

_____.

The defendant:    ☑ will retain an attorney.

☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:    ___June 15, 2026___

/s/ Sally J. Berens
*Judge's signature*

Sally J. Berens, U.S. Magistrate Judge
*Printed name and title*